**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6078

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HARRY RYALS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Roderick Charles Young, District Judge.  (2:10-cr-00202-RCY-TEM-1)

Submitted:  July 26, 2022                                      Decided:  July 29, 2022

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harry Ryals, Appellant Pro Se.  Elizabeth Marie Yusi, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry Ryals appeals the district court's order denying his motion for early termination of supervised release under 18 U.S.C. § 3583(e)(1).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Ryals*, No. 2:10-cr-00202-RCY-TEM-1 (E.D. Va. Jan. 6, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*